EAST 46TH ST. REALTY CORPORATION v. MAX GUTSCHNEIDER, INC.—

Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.